IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY KELSEY**  **PLAINTIFF**
**ADC #164630**

v.  No: 4:22-cv-00064 JM-PSH

**MARY COBB,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the motions for summary judgment (Doc. Nos. 23 & 26) are denied.

DATED this 13th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE