IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY KELSEY**                                                **PLAINTIFF**
**ADC #164630**

v.                    No: 4:22-cv-00064 JM-PSH

**MARY COBB,** *et al.*                                     **DEFENDANTS**

## ORDER

Before the Court is an unopposed motion to dismiss by filed by Plaintiff Tony Kelsey (Doc. No. 60). Plaintiff and Defendant Ramona Huff have entered into a confidential settlement agreement and agree to dismiss Huff from this action. The motion to dismiss is GRANTED, and Plaintiff's claims against Huff are dismissed.

IT IS SO ORDERED this 31st day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE