IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY KELSEY**                                                                                                          **PLAINTIFF**
**ADC #164630**

v.                                    No: 4:22-cv-00064 JM-PSH

**MARY COBB,** *et al.*                                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Defendants' motion for summary judgment on exhaustion (Doc. No. 100) is DENIED and the Court finds that Kelsey exhausted his administrative remedies in this case.

DATED this 11th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE