# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ELIZABETH KELSEY,**  **PLAINTIFF**
*as the Administrator of the*
*Estate of Tony Kelsey, deceased*

v.  No: 4:22-cv-00064 JM-PSH

**MARY COBBS,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the motion to substitute Elizabeth Kelsey, the mother of plaintiff Tony Kelsey, deceased, and the Administratrix of the Estate of Tony Kelsey, as plaintiff in this matter (Doc. No. 172). For good cause shown, the motion is GRANTED and Ms. Kelsey is hereby substituted in place of decedent Tony Kelsey as Plaintiff. The Clerk of Court is directed to update the docket sheet to reflect the correct plaintiff.

DATED this 5th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE