# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ELIZABETH KELSEY, ADMINISTRATOR**
**OF THE ESTATE OF TONY KELSEY, DECEASD**            **PLAINTIFF**

v.            **NO. 4:22-CV-00064-JM**

**MAJOR MARY COBBS, et al.**            **DEFENDANTS**

## JUDGMENT

This action came on for trial September 15, 2025, before the Court and a jury, the Honorable James M. Moody Jr., United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on September 18, 2025. The jury found in favor of Defendants Mary Cobbs, John Herrington, and Tabatha Thomas. The jury could not come to a unanimous verdict on Plaintiff's claim against Defendant Gary Musselwhite. The Court declared a mistrial as to Defendant Musselwhite and the Plaintiff dismissed her claim against him. Plaintiff's Complaint against the Defendants is therefore dismissed.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Judgment be entered in favor of Defendants Cobbs, Herrington, and Thomas. The Complaint is dismissed as to Defendant Musselwhite. The Clerk is directed to close the case.

Dated this 29th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE